936

APPEAL No. 73-106. RONCI MFG. CO., INC. *v.* STATE OF RHODE ISLAND *et al.* Motion of plaintiff-appellant for permission to file brief in excess of 50 pages granted. Joslin, J. not participating. *Goldberg & Goldberg, Leo M. Goldberg,* for plaintiff-appellant. *Stephen F. Mullen,* Chief Special Counsel, Department of Transportation, for defendants-appellees.

APPEAL No. 73-251. THE WALMAC COMPANY, INC. *v.* ZURICH INSURANCE COMPANY *et al.* Motion of defendants for leave to file a joint brief is granted. Joslin, J. not participating. *Baker & Sundlun, Walter I. Sundlun,* for plaintiff. *Gunning, LaFazia, Gnys & Selya, Richard T. Linn,* for Zurich Insurance Company; *Hanson, Curran, Bowen & Parks, William A. Curran,* for United States Fire Insurance Company.

APPEAL No. 73-305. BEN JODE CO. *v.* JOHN H. NORBERG, *Tax Administrator.* Motion of defendant to dismiss appeal is granted. Joslin, J. not participating. *Feiner & Winsten, Harold H. Winsten,* for plaintiff. *Richard J. Israel,* Attorney General, *W. Slater Allen,* Asst. Attorney General, *Perry Shatkin,* Principal Legal Officer, Taxation, for defendant.

APPEAL No. 1535. IN RE DENNIS J. DIIORIO. Petition for reargument denied. Joslin, J. not participating. *Richard B. Tucker, Rhode Island Legal Services, Inc.,* for petitioner. *Richard J. Israel,* Attorney General, *R. Raymond Greco,* Special Asst. Attorney General, for respondent.

APPEAL No. 1788. FEDERAL BUILDING & DEVELOPMENT CORP. OF THE STATE OF RHODE ISLAND *v.* TOWN OF JAMESTOWN *et al.* Petition for reargument denied. Joslin, J. not participating. *George C. Berk,* for plaintiff-respondent. *Daniel J. Murray,* Town Solicitor, *Letts, Quinn & Licht,* for Town of Jamestown, defendant-petitioner.